IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MATTHEW FREEZE                                                                                    PETITIONER

v.                                     NO. 2:11CV00005 JLH/HDY

T.C. OUTLAW, Warden,
FCC Forrest City, Arkansas                                                                    RESPONDENT

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for preliminary injunction and temporary restraining order filed by petitioner Matthew Freeze is denied. See Document 5.

IT IS SO ORDERED this 7th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE