**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MATTHEW FREEZE                                                          PETITIONER

v.                                              NO. 2:11CV00005 JLH

T.C. OUTLAW, Warden,
FCC Forrest City, Arkansas                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, the petition of Matthew Freeze is dismissed

without prejudice because Freeze has not exhausted his administrative remedies.

IT IS SO ORDERED this 13th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE