# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MATTHEW FREEZE                                                                                         PETITIONER

v.                                               NO. 2:11CV00005 JLH

T.C. OUTLAW, Warden,
FCI Forrest City, Arkansas                                                                           RESPONDENT

## ORDER

Matthew Freeze has filed a motion for leave to file a reply to the government's response to his motion for reconsideration. That motion is GRANTED. Document #27.

Freeze attached his proposed reply to his motion. The Clerk is directed to file that attachment as Freeze's reply.

IT IS SO ORDERED this 13th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE