# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MATTHEW FREEZE                                                                                  PLAINTIFF

v.                                        No. 2:11CV00005 JLH

T.C. OUTLAW, Warden,
FCI Forrest City, Arkansas                                                                    DEFENDANT

## ORDER

The motion for relief from order filed by Matthew Freeze is DENIED.  Document #33.

IT IS SO ORDERED this 27th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE